UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNNY CAMPKIN

Write the full name of each plaintiff.

-against-

KAREN LUCAS FERIA
Hon. John P. Collins
Hon. Larry J Schwartz
Hon. Rachel E Tanguay

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

26 CV 0822

_____ CV BT9139IFI

(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☒ Yes    ☐ No



RECEIVED
JAN 29 2026
PRO SE OFFICE

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

## A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Fourteenth Amendment Due Process Rights/42 U.S.C. § 1983 (Civil rights violations by State actors)/IV-D child support enforcement ACT(42 USC § 651 et seq.) Federal garnishment limits-15 U.S.C. § 1673

## B.  If you checked Diversity of Citizenship

### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
　　　　　　　(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Johny                        Lampkin
First Name            Middle Initial        Last Name

Homeless (1329 South 6th AVE )
Street Address

Yuma AZ                              85364
County, City                State          Zip Code

929 474 0011                    MEJLAMPKIN@Icloud.com
Telephone Number              Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   New York State Office of Temporary & Disability Assistance
_First Name_                    _Last Name_
Child Support Services Unit (OTDA/CSSU)
_Current Job Title (or other identifying information)_

_Current Work Address (or other address where defendant may be served)_
Rockland County NY                     10977
_County, City_              _State_              _Zip Code_

Defendant 2:   RockLAND County Support Collection Unit (SCU)
_First Name_                    _Last Name_

_Current Job Title (or other identifying information)_

_Current Work Address (or other address where defendant may be served)_
Rockland County       NY       10977
_County, City_              _State_              _Zip Code_

Defendant 3:   ORANGE County Support Collective Unit (SCU)
_First Name_                    _Last Name_

_Current Job Title (or other identifying information)_

_Current Work Address (or other address where defendant may be served)_
Goshen    N.Y.                     10924
_County, City_              _State_              _Zip Code_

Page 4

Defendant 4: _____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Rockland County, New York 2016-Present Enforcement & Collections conducted without valid service or court order. Orange County (Goshen NY) 2017-Present wage withholdy actions taken without lawful adjustments

Date(s) of occurrence: Federal & Interstate Enforcement Actions: TAX Intercepts/wage garnishments license actions and collections continuing through 2025-2026

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

This action seeks emergency injunctive relief and damage under 42 U.S.C. §1983 for violations of Plantiff's constitutional & federal statutory rights including: Fourteenth Amendment Due Process violations (lack of notice, hearing, service, and adjudication) Unlawful deprivation of property through wage garnishment & tax offsets. Enforcement without legal establishment limits (15 U.S.C § 1673) Abuse of IV-D enforcement authority (42 U.S.C. §651-669) Plaintiff Johnny is homeless and disabled and has been subjected to aggressive child support enforcement actions by Arizona and New York agencies without lawful adjustments/adjudication, valid service, or due process. Never has received personal service, a valid summons, or notice of any initial child support proceeding in Arizona or New York, and has never been afforded a hearing to contest paternity, support obligations, or jurisdiction. No court has ever ordered or completed a DNA or genetic test establishing

Page 5

Plaintiff as the legal father of any child subject to these enforcement actions. No voluntary acknowledgment of paternity exists. Despite the absence of legal lawful adjudication, Defendants initiated wage garnishment, tax refunds intercepts, credit reporting, license actions, and collection proceedings against Plaintiff, depriving him of property and liberty interests without due process law in violations of the fourteenth Amendment. Defendants have failed and refused to provide with certified copies of any valid court orders, judgments, or findings authorizing enforcement, despite repeated written and verbal requests. Wage withholding exceeded lawful federal limits and left Plaintiff without sufficient income to meet basic subsistence needs, violating 15 USC § 1673 and causing severe and irreparable harm

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Plaintiff's homeless and disability make him particularly vulnerable to unlawful enforcement actions, and continued collections threaten his survival, health, and ability to stabilize housing and employment. Defendants acted under color of state law through IV-D child support enforcement programs governed by federal statutes and regulations, yet failed to follow mandatory due process safeguards.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Immediately suspend and enjoin all child support enforcement actions, tax intercepts, license actions, collections, and wage garnishment. Order DNA testing & prohibit further enforcement absent lawful adjudication of paternity. Declare all enforcement actions void for lack of jurisdiction, due process, and valid court orders. Order Defendants to produce all alleged court orders, service records, and payment ledgers. Award statutory and punitive damages under 42 U.S.C. § 1983 for willful constitutional violations. Award costs & reasonable attorneys fees under 42 USC. § 1988 GRANT all other relief court deems just & proper.

Page 6

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 1/16/2026 | _(signature)_ |
| Dated | Plaintiff's Signature |
| JOHN 11Y | Lampkin |
| First Name        Middle Initial | Last Name |
| Homeless (1329 South 6th Ave | |
| Street Address | |
| Yuma          AZ          85364 | |
| County, City          State          Zip Code | |
| 929 474 0011 | MeJLampkin@icloud.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

JOHNNY LAMPKIN
CASE# BT9139IFI
Homeless (1329 South 6th
AVE YUMA AZ
85364)

RECEIVED
SDNY PRO SE OFFICE

2026 JAN 29  PM 4:07

500 PEARL STREET

NEW YORK, NY 10007

PRO SE INTAKE



FIRST-CLASS

US POSTAGE

ZIP 85364
02 7H
0006235391



RECEIVED
JAN 29 2026
PRO SE OFFICE

WVAZ PDC 850 ZIP
MON 26 JAN 2026