UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNNY LAMPKIN,

                    Plaintiff,

        -against-

KAREN LUCAS FERIA; et al.,

                    Defendants.

26-CV-00822 (KMW)

ORDER OF DISMISSAL

KIMBA M. WOOD, United States District Judge:

By Order dated March 4, 2026, the Court directed Plaintiff to file an amended pleading within 45 days.  (ECF No. 6).  That Order specified that failure to comply would result in dismissal of this action.  Plaintiff has not filed an amended pleading.  Accordingly, this action, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed for the reasons set forth in the Court's Order dated March 4, 2026.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.  *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated:    May 5, 2026
          New York, New York

                                   /s/ Kimba M. Wood
                                        KIMBA M. WOOD
                                   United States District Judge