**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 JOHNNY LAMPKIN,

                              Plaintiff,

          -against-                                                      26 **CIVIL** 822 (KMW)

                                                                         **JUDGMENT**

KAREN LUCAS FERIA; et al.,

                              Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated May 5, 2026,  this action, filed *in forma pauperis* ("IFP") under

28 U.S.C. § 1915(a)(1), is dismissed under the domestic relations abstention doctrine, under the

Younger abstention doctrine, and for lack of subject matter jurisdiction, see Fed. R. Civ. P.

12(h)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would

not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).

**Dated:** New York, New York

        May 7, 2026

                                                        **TAMMI M. HELLWIG**
                                          _____
                                                          **Clerk of Court**

                                                          K. Mango
                          **BY:**
                                          _____
                                                          **Deputy Clerk**